UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON *as a trustee of the Local 272 Labor-Management Pension Fund*,

                      Plaintiff,

           -v-

3111 OCEAN PARKWAY ASSOCIATES, SOMERSET MGMT LTD, EL E & D. CORP.,

                      Defendants.

25 Civ. 4625 (PAE)

ORDER OF DEFAULT JUDGMENT

---

**PAUL A. ENGELMAYER, District Judge:**

Plaintiff Fred Alston, as trustee of the Local 272 Labor-Management Pension Fund (the "Pension Fund"), brought suit against 3111 Ocean Parkway Associates, Somerset Management Ltd., and El E & D Corp. (collectively, "defendants") under Section 502 of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1132, 1145, to collect allegedly delinquent contributions owed to the Pension Fund.

On June 2, 2025, Alston filed the Complaint. Dkt. 1. On June 18, 2025, Alston filed an affidavit of service as to each defendant. Dkts. 6–8. To date, no defendant has entered an appearance in this Court. Alston filed a proposed clerk's certificate of default on July 9, 2025, Dkt 9, and obtained a clerk's certificate of default one day later, Dkt. 11. On July 30, 2025, Alston filed a motion for default judgment, a memorandum of law providing the legal basis on which to find that the Complaint's factual allegations, taken as true, establish its claims against defendants, a supporting declaration with proof of service on defendants, and a proposed default judgment. Dkts. 13–15. Defendants have not since filed an appearance or any opposition to Alston's motion for a default judgment.

1

The Court has reviewed plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b) and plaintiff's supporting materials. Because proof of service has been filed, defendants have not appeared in this District, the time for doing so expired, and defendants failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiff against defendants.

The Court, by separate order, will commission an inquest into damages.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 15, 2025
       New York, New York